IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| HEIDI HARRINGTON,<br><br>Plaintiff,<br><br>v.<br><br>MADISON COUNTY, MADISON COUNTY SHERIFF'S OFFICE, MADISON COUNTY ATTORNEY'S OFFICE, DOUG YOUNG, MADISON VALLEY HOSPITAL, INC., d/b/a MADISON VALLEY MEDICAL CENTER and JOHN DOES 1-10,<br><br>Defendants. | 21-CV-00015-BMM<br><br>ORDER GRANTING DEFENDANT MADISON VALLEY MEDICAL CENTER'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO SUBMIT INITIAL APPEARANCE |

Defendant Madison Valley Hospital d/b/a Madison Valley Medical Center ("MVMC") has filed an unopposed motion for an extension of time to file its initial appearance, seeking an extension to September 20, 2021. There being no objection, and for good cause shown,

IT IS ORDERED that the Motion (Doc. 17 ) is GRANTED. MVMC shall file its Answer on or before September 20, 2021.

DATED this 9th day of September, 2021.

_____
Brian Morris, Chief District Judge
United States District Court